Writs refused. The judgment complained of is correct.

151 So.2d 691

**STATE of Louisiana ex rel. JOINT LEGIS-LATIVE COMMITTEE ON UN–AMER-ICAN ACTIVITIES**

**v.**

**Sidney WALKER, Jr., alias "Sidney X" and Milton Dyson, alias "Milton X".**

No. 46687.

April 17, 1963.

In re: Sidney Walker, Jr., alias "Sidney X," and Milton Dyson, alias "Milton X" applying for writs of certiorari, mandamus and prohibition.

The application is denied. The showing made does not justify the remedy sought.

151 So.2d 691

**STATE of Louisiana.**

**v.**

**David L. DUNBAR, Jr.**

No. 46690.

April 17, 1963.

In re: David L. Dunbar, Jr., applying for writs of certiorari (review), prohibition, mandamus and for a stay order.

Writs refused. Relator has an adequate remedy by appeal in the event of his conviction.